IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

CARLOS GILBERT LAW,

        Plaintiff,

v.

BLANDON, et al,

        Defendants.
                                 /

No. 1:14-CV-1943 NJV

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on June 18, 2014, I served a true and correct copy of documents nos. 14 and 15 by placing said copies in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Carlos Gilbert Law
SF#658840
San Francisco County Jail
1 Moreland Dr.
San Bruno, CA 94066

    I further certify that on June 18, 2014, I served a true and correct copy of document no. 14 by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Inmate Trust Account Office
San Francisco County Jail
1 Moreland Dr.
San Bruno, CA  94066

                                   /s/ *Linn Van Meter*
                                  Linn Van Meter
                          Administrative Law Clerk to the
                            Honorable Nandor J. Vadas