UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

| | |
|---|---|
| CARLOS GILBERT LAW,<br>　　　　Plaintiff,<br>　　v.<br>BLANDON,<br>　　　　Defendant. | Case No. 14-cv-1943-RMI (PR)<br><br>**ORDER TO SHOW CAUSE**<br>Docket No. 122 |

This is a civil rights case brought pro se by a state prisoner. The court granted defendant's motion to dismiss and revoked plaintiff in forma pauperis status pursuant to 28 U.S.C. § 1915(g). Plaintiff was ordered to pay the full filing fee within twenty-eight days or the case would be dismissed. Plaintiff did not pay the filing fee, but he did file an appeal to the Ninth Circuit which he voluntarily dismissed due to lack of jurisdiction. Within **twenty-one days** plaintiff shall show cause why the case should not be dismissed for failure to pay the filing fee.

**IT IS SO ORDERED.**

Dated: January 8, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ROBERT M. ILLMAN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge