UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

| | |
|---|---|
| CARLOS GILBERT LAW,<br>　　　　Plaintiff,<br>　　v.<br>BLANDON, *et al.*,<br>　　　　Defendants. | Case No. 14-cv-1943-RMI (PR)<br>**ORDER DISMISSING CASE**<br>Docket No. 122 |

This is a civil rights case brought *pro se* by a state prisoner. In an order entered September 17, 2018, the court granted Defendant Blandon's motion to dismiss and revoked Plaintiff's *in forma pauperis* status pursuant to 28 U.S.C. § 1915(g). (Docket No. 121.) The court ordered Plaintiff to pay the full filing fee within twenty-eight days, cautioning Plaintiff that failure to pay the fee would result in dismissal of this case. *Id*. Plaintiff did not respond to the court's order. On January 8, 2019, the court ordered Plaintiff to show cause by January 28, 2019, why this case should not be dismissed for failure to pay the filing fee. (Docket No. 129.) Again, Plaintiff did not respond to the court's order. Plaintiff has not paid the filing fee, therefore this action is **DISMISSED**. Plaintiff's motion for judgement on the pleadings (Docket No. 122) is **DENIED.**

　　**IT IS SO ORDERED.**

Dated: February 4, 2019

_____
ROBERT M. ILLMAN
United States Magistrate Judge